# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Raymond T. | Court of Appeals for Federal Circuit | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado and Denver Bar Associations | 1/8-10/2016 | Vail, CO | Activity of professional association (Panelist) | Airfare; lodging; shuttle to airport. |
| 2. | Korean American Bar Association of San Diego | 2/25/2016 | San Diego, CA | Activity of professional association (Speaker) | Airfare; lodging; meal; taxi fare. |
| 3. | Santa Clara Univ., Federal Circ. Bar Assoc., High Tech Law, Bay Area IP Inn of Court | 2/26-27/2016 | San Jose, CA | Activity of professional association (Panelist) | Airfare; lodging; meal; taxi fare. |
| 4. | Biotechnology Innovation Organization Intellectual Property | 3/29-4/1/2016 | San Antonio, TX | Activity of professional association (Speaker) | Airfare; lodging; taxi fare. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chen, Raymond T. | 05/12/2017 |

| | | | | |
|---|---|---|---|---|
| 5. | New York Intellectual Property Law Association | 4/1-2/2016 | New York City, NY | Activity of professional association | Transportation; lodging; meals. |
| 6. | American Inns of Court- Atlanta Intellectual Property Inn | 5/11-12/2016 | Atlanta, GA | Activity of professional association | Airfare; lodging; taxi fare. |
| 7. | Jimmie V. Reyna Intellectual Property Am. Inn of Court | 5/24/2016, 5/25/2016 | Minneapolis, MN | Activity of professional association (Panelist) | Airfare; lodging; meals; taxi fare. |
| 8. | Federal Circuit Bench and Bar Association | 6/22-24/2016 | Nashville, TN | Activity of professional associations (Speaker) | Airfare; lodging; meals; taxi fare. |
| 9. | European Patent Lawyers Assoc. and Federal Circuit Bench and Bar Assoc. | 10/11-15/2016 | Paris, France | Activity of professional association (Panelist) | Airfare; lodging; taxi fare. |
| 10. | The Honorable Ronald M Whyte Symposium | 10/18-19/2016 | San Francisco, CA | Activity of professional association (Panelist) | Airfare; lodging; taxi fare. |
| 11. | Eastern District of TX Bench Bar Association | 10/19-20/2016 | Dallas, TX | Activity of professional association (Panelist) | Airfare; lodging; taxi fare. |
| 12. | New York University and IP Institute | 11/30-12/1/2016 | New York City, NY | Activity of professional association and Law School (Panelist) | Transportation; lodging; parking. |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Financial National Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CollegeBoundfund Age-Based Moderate Growth Portfolio | | None | N | T | | | | | |
| 2. SunTrust Bank Accounts | A | Interest | K | T | | | | | |
| 3. Fidelity Cash Reserves | A | Interest | L | T | | | | | |
| 4. AllianceBernstein Balance Wealth Strategy Fund | A | Dividend | J | T | | | | | |
| 5. *JNL/S&P4 | | None | L | T | | | | | |
| 6. JNL/Mellon Capital Management Oil & Gas Sector | | None | K | T | | | | | |
| 7. *JNL/FPA + DoubleLine Flexible Allocation | | None | M | T | | | | | |
| 8. JNL/S&P Intrinsic Value | | None | L | T | | | | | |
| 9. JNL/Mellon Capital Healthcare Sector | | None | K | T | | | | | |
| 10. JNL/Mellon Capital Small Cap Index | | None | L | T | | | | | |
| 11. JNL/S&P Total Yield | | None | L | T | | | | | |
| 12. JNL/Mellon Capital S&P SMid60 | | None | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information regarding Section VII:

Line 5. *JNL/Mellon Capital Management 25 Fund, Value Code L, Value Method Code T was sold and JNL/S&P4 was purchased on 9/25/2015.  The value information of the JNL/S&P4 on 9/25/2015 was Value Code L; Value Method Code was T.  This transaction was inadvertently overlooked in the 2015 Report.

Line 7.  *JNL/Ivy Asset Strategy, Value Code M, Value Method Code T was converted to JNL/FPA + DoubleLine Flexible Allocation on 4/25/2016.  The current value information of JNL/FPA + DoubleLine Flexible Allocation remains Value Code M, Value Method Code T.

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Raymond T. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544